# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. MADELINE COX ARLEO |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | CASE NO. 19-246 |
| v. | : | |
| | : | |
| CREAGHAN HARRY, | : | |
| | : | **ORDER** |
| Defendant. | : | |
| _____ | : | |

This matter having come before the court on the ___ day of _____, 2025, by way of the Defendant, Creaghan Harry's motion to dismiss the indictment and Isaac Wright, Jr., Esq., appearing on behalf of the Defendant and Jacob Foster, Esq., and Darren Halverston, Esq., Assistant United States Attorneys, appearing on behalf of the Government, and the court having considered the papers submitted and the argument of counsel and for good cause shown,

IT IS ORDERED on this ___ day of _____ 2025 that:

The Defendant's motion to dismiss Counts 1 through 7 of the superseding indictment be and is hereby granted; and

IT IS FURTHER ORDERED that jurisdiction is lacking over Counts 1 through 7 of the superseding indictment related to the anti-kickback act based on

the absence of offense conduct supporting a violation of 42 U.S.C. § 1320(a)–7(b)(2); and

    IT IS FURTHER ORDERED that Counts 1 through 7 of the superseding indictment alleging a violation of 42 U.S.C. § 1320(a)–7(b)(2) is unconstitutional as applied to conduct of Defendant and Defendant's telemedicine companies, Affordadoc and Video Doctor; and

    IT IS FURTHER ORDERED that the tax evasion offenses alleged in Counts 8 through 11 of the superseding indictment is hereby dismissed for lack of jurisdiction.

                                                _____
                                                Honorable Madeline Cox Arleo, USDJ