UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF VIDEO PROCEEDINGS

SEPTEMBER 16, 2025
DATE OF PROCEEDINGS

CAMDEN OFFICE
JUDGE EDWARD S. KIEL

COURT REPORTER: Kimberly Wilson

Docket # 19-CR-00246-ESK

TITLE OF CASE:
UNITED STATES OF AMERICA

    v.

CREAGHAN HARRY-01 (present)
    DEFENDANT.

VIDEO APPEARANCES:
Darren C. Halverson, AUSA for Government.
Michael Robertson and Isaac Wright, Jr. Esqs. for Defendant Harry.

NATURE OF VIDEO PROCEEDINGS:   MOTION HEARING
Hearing on defendant's [369] Motion to Dismiss Counts 1 through 7 of the Superseding Indictment;
Ordered motion Denied.
Oral decision read into the record; Order to be entered.
Video status hearing set for October 14, 2025 at 2:00 p.m.


Time commenced: 4:00 p.m.   Time Adjourned: 4:45 p.m.
Total Time: 45 min.

                                                  /s/ *GN*
                                                DEPUTY CLERK