## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CREAGHAN HARRY** | Case No. 19–cr–00246–ESK<br><br><br>ORDER |

    **THIS MATTER** having come before the Court for a hearing on September 16, 2025 (Hearing) on defendant's motion to dismiss (Motion) (ECF No. 369); and the government having opposed the Motion (ECF No. 380); and defendant having filed a reply to the government's opposition (ECF No. 382); and for the reasons stated on the record at the Hearing,

    **IT IS** on this **16th** day of **September 2025** **ORDERED** that:

1. The Motion is DENIED.

2. The Clerk is directed to terminate the Motion at ECF No. 369.

                                                              */s/ Edward S. Kiel*
                                                              **EDWARD S. KIEL**
                                                              **UNITED STATES DISTRICT JUDGE**