

U.S. Department of Justice

*Criminal Division*
*Fraud Section*

_____

*970 Broad Street, 7th floor*     *973-645-2700*
*Newark, New Jersey 07102*

November 13, 2025

**VIA ECF & ELECTRONIC MAIL**

Honorable Edward S. Kiel
U.S. District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

        Re:    ***United States v. Creaghan Harry*, Crim. No. 19-246 (ESK)**
               **– Consent to Proceed by Teams Video Conference**

Dear Judge Kiel:

      We write to provide the attached proposed trial scheduling order based on the trial date of February 9, 2026, which the Court set at the status conference held on October 15, 2025. During that conference, the Court directed the parties to confer regarding a proposed scheduling order for that trial date.

The government has diligently sought to confer with defense counsel including by providing a proposed scheduling order to defense on October 28, 2025, and asking for their input regarding the proposed deadlines in that order. Defense has objected to the February 9, 2026 trial date and generally objected to the dates proposed in the scheduling order that are premised on a February 2026 trial date. In light of those objections, the government submits its proposed order for the Court's consideration.

    Respectfully submitted,

    LORINDA LARYEA
    Acting Chief, Fraud Section

By: */s/Darren C. Halverson*
    Darren C. Halverson
    Acting Assistant Chief
    Nicholas K. Peone
    Trial Attorney
    U.S. Department of Justice
    Fraud Section, Criminal Division

Attachment

CC:   Isaac Wright, Jr., Esq.
      Michael Robertson, Esq. (VIA ECF)