

U.S. Department of Justice

*Criminal Division*
*Fraud Section*

---

*970 Broad Street, 7th floor*　　　973-645-2700
*Newark, New Jersey 07102*

November 21, 2025

**VIA ECF & ELECTRONIC MAIL**

Honorable Edward S. Kiel
U.S. District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

      Re:   *United States v. Creaghan Harry*, Crim. No. 19-246 (ESK) – Consent to Proceed by Teams Video Conference

Dear Judge Kiel:

      The parties have conferred and jointly propose the attached order including an agreed trial date of April 6, 2026.

                               Respectfully submitted,

                                 LORINDA LARYEA
                               Acting Chief, Fraud Section

                   By:  */s/Darren C. Halverson*
                        Darren C. Halverson
                        Acting Assistant Chief
                        Nicholas K. Peone
                        Trial Attorney
                        U.S. Department of Justice
                        Fraud Section, Criminal Division

Attachment

CC:   Isaac Wright, Jr., Esq.
       Michael Robertson, Esq. (VIA ECF)