**U.S. Department of Justice**

*Criminal Division*
*Fraud Section*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*
*973-645-2700*

February 18, 2026

**VIA ECF**

Honorable Edward S. Kiel
U.S. District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

**Re: *United States v. Creaghan Harry*, Crim. No. 19-246 (ESK) – Proposed Trial Scheduling Order**

Dear Judge Kiel:

The parties have conferred and jointly propose the attached trial scheduling order, in support of the new trial date of June 15, 2026.

Respectfully submitted,

LORINDA LARYEA
Chief, Fraud Section

By: */s/Nicholas K. Peone*
Darren C. Halverson
Acting Assistant Chief
Nicholas K. Peone
Trial Attorney
U.S. Department of Justice
Fraud Section, Criminal Division

Attachment

CC: Isaac Wright, Jr., Esq.
Michael Robertson, Esq. (VIA ECF)