UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Edward S. Kiel |
| v. | Criminal No. 19-cr-246 (ESK) |
| | **SCHEDULING ORDER** |
| CREAGHAN HARRY | |

This matter having come before the Court on the application of the United States (Nicholas K. Peone, Trial Attorney, appearing); and the Defendant being represented by Isaac Wright and Michael Robertson, and the Court having determined that this matter should be scheduled for trial; and for good cause shown,

It is on this **19th** day of February, 2026, ORDERED that:

1. The Government shall provide its pre-marked exhibits on or before March 20, 2026.

a)  The authenticity and chain of custody of the Government's pre-marked exhibits shall be deemed to have been accepted unless an objection is asserted in accordance with paragraph 1(c).

b)  If the defendant wishes to contest the authenticity or chain of custody, counsel for the defendant shall file, on or before April 10, 2026, a notice that the authenticity and/or chain of custody of the exhibit will be contested at trial together with a statement delineating why the authenticity and/or chain of custody of the exhibit is being

challenged and a certification that the challenge is being made in good faith.

2.    The Defendant shall provide its pre-marked exhibits on or before April 10, 2026.

a)    The authenticity and chain of custody of the Defendant's pre-marked exhibits shall be deemed to have been accepted unless an objection is asserted in accordance with paragraph 2(c).

b)    If the Government wishes to contest the authenticity and/or chain of custody of an exhibit, counsel for the Government shall file, on or before April 17, 2026, a notice that the authenticity and/or chain of custody of the exhibit will be contested at trial together with a statement delineating why the authenticity and/or chain of custody of the exhibit is being challenged and a certification that the challenge is being made in good faith.

3.    The Government shall provide all material to be disclosed under Giglio v. United States, 405 U.S. 150 (1972), and its progeny, on or before March 20, 2026, and shall, if it agrees to do so, provide any material to be provided under the Jencks Act, 18 U.S.C. §3500, on or before the same date.

4.    The Defendant, if he/she agrees to do so, shall produce all "reverse Jencks" that is required to be disclosed under Federal Rule of Criminal Procedure 26.2 on or before April 17, 2026.

5.  If the Government intends to offer any Rule 404(b) evidence, the Government shall provide notice of this evidence in the form delineated in Federal Rule of Evidence 404(b)(2)(A) on or before March 20, 2026.

6.  If the defendant intends to offer any "reverse Rule 404(b)" evidence, the defendant shall provide notice of this evidence in the form delineated in Federal Rule of Evidence 404(b)(2)(A) on or before March 27, 2026.

7.  The Defendant shall notify the Government of any advice of counsel defense, or good faith based on reliance on advice of counsel, no later than March 20, 2026.  The Defendant must also waive privilege over the subject matter of the advice purportedly relied upon.

8.  The Defendant shall provide expert disclosures, if any, no later than March 13, 2026.

9.  The parties shall file any in limine motions, addressed to the admissibility of evidence, on or before April 10, 2026; responses to such motions may be filed on or before April 17, 2026; replies, if any, may be filed on or before April 24, 2026; and oral argument on such motions shall be held on a date and time to be determined by the Court.

10.  The parties shall file any *voir dire* requests on or before May 1, 2026.

11.  The Government shall file any requests to charge addressed to (a) preliminary instructions to the jury, and (b) the elements of the offenses at issue, on or before May 1, 2026.

12. The Defendant shall file any requests to charge addressed to (a) preliminary instructions to the jury, and (b) the elements of the offenses at issue, on or before May 8, 2026.

13. The parties shall file all other requests to charge on or before May 15, 2026.

14. Jury selection and trial shall commence on June 15, 2026, at 9 a.m.

*/s/ Edward S. Kiel*

Honorable Edward S. Kiel
United States District Judge