**U.S. Department of Justice**

*Criminal Division*
*Fraud Section*

*970 Broad Street, 7th floor* *973-645-2700*
*Newark, New Jersey 07102*

March 18, 2026

**VIA ECF**

Honorable Edward S. Kiel
U.S. District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

**Re: *United States v. Creaghan Harry*, Crim. No. 19-246 (ESK) – Proposed Trial Scheduling Order**

Dear Judge Kiel:

The parties have conferred regarding the trial date. The Government respectfully requests a three-month continuance of the trial date, which the Defendant does not oppose. The parties jointly propose the attached trial scheduling order.

Respectfully submitted,

LORINDA LARYEA
Chief, Fraud Section

By: */s/Nicholas K. Peone*
Darren C. Halverson
Nicholas K. Peone
Trial Attorneys
U.S. Department of Justice
Fraud Section, Criminal Division

Attachment

CC: Isaac Wright, Jr., Esq.
Michael Robertson, Esq. (VIA ECF)