# O'TOOLE SCRIVO

## A LIMITED LIABILITY COMPANY

**MICHAEL H. ROBERTSON**
mrobertson@oslaw.com

April 20, 2026

*Via ECF and Email*
Hon. Edward S. Kiel, U.S.D.J.
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> *Re:    U.S. v. Creaghan Harry (19-CR-246)*

Dear Judge Kiel:

As the Court is aware, myself along with attorney Isaac Wright represent defendant Creaghan Harry in the above captioned matter. A bail modification hearing is scheduled for Thursday, April 23, 2026 at 10:00 a.m. As the Court is further aware, Mr. Harry resides in Florida awaiting trial in this matter. Accordingly, we are requesting Mr. Harry be permitted to appear virtually as he has done in the past for the bail modification hearing this Thursday. Should you have any questions, please feel free to contact me at mrobertson@oslaw.com or (908) 255-0164.

Very truly yours,

/s/ *Michael H. Robertson*

Michael H. Robertson