**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**UNITED STATES OF AMERICA**
v.
**CREAGHAN HARRY**
**Crim. No. 19-246 (ESK)**

RECEIVED
AUG 19 2026
AT 8:30 ______ M
CLERK, U.S. DISTRICT COURT - DNJ

August 10, 2026

**VIA CLERK'S OFFICE FOR DOCKETING**

Hon. Edward S. Kiel, U.S.D.J.
c/o Clerk of Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

**Re:** *United States v. Creaghan Harry* — **Limited Pro Se Request Concerning Continuity of CJA-Appointed Support**

Dear Judge Kiel:

I, Creaghan Harry, respectfully submit this limited letter concerning continuity of CJA-appointed support after Michael H. Robertson's departure. I remain represented by Isaac Wright, Jr. I do not seek to litigate the merits pro se, displace Mr. Wright, or engage in hybrid representation. I ask only that the Court address who will assume Mr. Robertson's former CJA responsibilities so that necessary defense services can continue. I do not nominate or request any particular attorney.

**Relevant history.** The Court appointed Mr. Robertson as CJA co-counsel on June 8, 2023, providing additional appointed assistance in this unusually demanding matter. Mr. Robertson later advised the Court that he had accepted public-sector employment with the State of New Jersey and sought to be relieved. (ECF Nos. 451, 455-1.) Mr. Wright is not a CJA-panel attorney. I am concerned that, unless the Court clearly assigns Mr. Robertson's former CJA responsibilities, counsel may lack a workable means to seek or administer discovery hosting, data processing, review technology, investigator and other necessary defense services. Trial is presently scheduled for November 2, 2026.

**Governing authority.** The Criminal Justice Act expressly permits the Court, "in the interests of justice," to "substitute one appointed counsel for another at any stage of the proceedings." 18 U.S.C. § 3006A(c). The CJA Guidelines also recognize separately appointed additional counsel in an extremely difficult case when the Court finds the appointment necessary and in the interests of justice, and they address compensation when counsel is substituted. Guide to Judiciary Policy, Vol. 7A, §§ 230.53.20, 230.56.

Section 3006A(e)(1) separately authorizes counsel for a financially eligible person to request, by ex parte application, investigative, expert, or other services necessary for adequate representation. The CJA Guidelines confirm that those services may be available even when counsel is retained but the represented person cannot afford necessary services. Guide, Vol. 7A, § 310.10.10. They specifically provide a procedure for obtaining computer systems, software, and litigation-support services needed for an adequate defense. Id. § 320.70.40.

The Third Circuit requires at least some inquiry when a defendant raises a substantial concern about representation and directs that the defendant and counsel be given an opportunity to be heard. *United States v. Diaz*, 951 F.3d 148, 153–54 (3d Cir. 2020); see also *United States v. Welty*, 674 F.2d 185, 187–88 (3d Cir. 1982). I cite those decisions only to request an inquiry into continuity of appointed support.

**Requested relief.** I respectfully ask the Court to docket this letter and conduct whatever it considers appropriate. I request appointment or designation of a qualified CJA attorney of the Court's choosing to assume Mr. Robertson's former CJA responsibilities while Mr. Wright remains my lead trial counsel. The designated attorney should be authorized to prepare, submit, and administer appropriate ex parte CJA applications or eVoucher requests for necessary discovery hosting, processing, review platforms, litigation-support personnel or technology, and other services under § 3006A(e)(1), subject to the Court's review.

Respectfully submitted,

Creaghan Harry, Defendant
Contact information on file with counsel and Pretrial Services

**Copy:** Isaac Wright, Jr., Esq.; counsel for the United States

Creaghan Harry
202 E. Pembroke Rd
Unit 101
Hallandale Beach, FL
33009

MIAMI FL 330
15 AUG 2026 PM 2 L




Clerk of Courts
50 walnut Street
Newark, NJ 07101

RECEIVED
AUG 19 2026
AT 8:30 M
CLERK, U.S. DISTRICT COURT - DNJ

07102-350667