UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF VIDEO PROCEEDINGS

AUGUST 20, 2026
DATE OF PROCEEDINGS

CAMDEN OFFICE
JUDGE EDWARD S. KIEL

COURT REPORTER:
OTHER: Ann Marie Mitchell, Court reporter.

Docket # 19-cv-00246-ESK

TITLE OF CASE:
UNITED STATES OF AMERICA,
v.

CREAGHAN HARRY-01
DEFENDANT,

VIDEO APPEARANCE:
Dennis S. Cleary, Esq. for Defendant.
(Defendant present-video)

NATURE OF VIDEO PROCEEDINGS: STATUS HEARING
Ex parte status conference held.
Ordered transcript sealed.

Time commenced: 2:00 p.m. Time Adjourned: 2:17 p.m.
Total Time: 17 min.

/s/ *GN*
DEPUTY CLERK