**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CREAGHAN HARRY** | **Case No. 19–cr–00246–ESK**<br><br>**ORDER** |

**THIS MATTER** having come before the Court for a hearing on October 8, 2026 (Hearing) on the government's motion in limine (Motion) (ECF No. 480) and Stephen Turano, Esq.'s application to withdraw as CJA counsel (Application) (ECF No. 497); and for the reasons stated on the record at the Hearing,

**IT IS** on this **8th** day of **October 2026** **ORDERED** that:

1. The Motion is **GRANTED in part** and **DENIED in part**.

2. The Application is **GRANTED**. Mr. Turano is relieved as CJA counsel.

3. Defense counsel shall fulfill by **October 16, 2026** all outstanding obligations under the Court's June 17, 2026 scheduling order (ECF No. [454]). This includes defense counsel's production of his proposed jury instruction, voi dire questions, and pre-marked exhibits. Defense counsel must also advise the government by **October 16, 2026** whether the government's documents concerning defendant's communications with corporate counsel, all of which shall be provided to defense counsel by **October 14, 2026**, may be released.

4. The parties are directed to order the transcript of the Hearing.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**